**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |
|---|---|
|  | Date of Arrest: May 11, 2022 |
| UNITED STATES OF AMERICA | Magistrate's Case No. 22-1744MJ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
|  | 21 U.S.C. §§ 952(a), 960(a)(1) and |
| Vs. | 960(b)(1)(H) |
|  | Importation of a Controlled |
| Jonathan Huizar Rivera | Substance (Methamphetamine) |
| Defendant. | Count One |
|  |  |
| YOB: 1987 | 21 U.S.C. § 841(a)(1), |
| Citizen of the United States | (b)(1)(A)(viii) Possession of a |
|  | Controlled Substance with Intent |
|  | to Distribute (Methamphetamine) |
|  | Count Two |
|  |  |
|  | 21 U.S.C. §§ 952, 960(a)(1) and |
|  | 960(b)(1)(B)(ii) |
|  | Importation of a Controlled |
|  | Substance (Cocaine) |
|  | Count Three |
|  |  |
|  | 21 U.S.C. § 841(a)(1), |
|  | (b)(1)(A)(ii)(II) Possession of a |
|  | Controlled Substance with Intent |
|  | to Distribute (Cocaine) |
|  | Count Four |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about May 11, 2022, at or near San Luis, Arizona, within the District of Arizona, the defendant, Jonathan Huizar Rivera, did knowingly and intentionally import 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, into the United States from Mexico, in violation of Title 21, United States Code, Sections 952, 960(a)(1) and (b)(1)(H).

COUNT TWO

On or about May 11, 2022, at or near San Luis, Arizona, within the District of Arizona, the defendant, Jonathan Huizar Rivera, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

COUNT THREE

On or about May 11, 2022, at or near San Luis, Arizona, within the District of Arizona, the defendant, Jonathan Huizar Rivera, did knowingly and intentionally import 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II Controlled Substance, into the United States from Mexico, in violation of Title 21, United States Code, Sections 952, 960(a)(1) and (b)(1)(B)(ii).

COUNT FOUR

On or about May 11, 2022, at or near San Luis, Arizona, within the District of Arizona, the defendant, Jonathan Huizar Rivera, did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Tracy Van Buskirk for AUSA Lisa Jennis

*JVB*

*[signature]*

Oscar Nogales
Task Force Officer – Homeland Security Investigations

Telephonically sworn on May 12, 2022, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
vs.
Jonathan Huizar Rivera

**STATEMENT OF FACTS**

I, Oscar Nogales, being duly sworn do state the following:

On May 11, 2022, at approximately 0458 hours, the defendant, Jonathan Huizar Rivera presented himself and his vehicle for inspection and entry into the United States via the vehicle primary lanes at the San Luis, Arizona, Port of Entry (POE). Huizar was the sole occupant, driver, and registered owner of a gray 2010 Chevrolet Malibu bearing Arizona license plate number 1AA4BGA.

During a primary inspection of Huizar Rivera and his vehicle, Customs and Border Protection Officer (CBPO) M. Duarte noticed tampering to the rear wheel well of the Malibu. CBPO Duarte noticed an unusual amount of freshly sprayed mud specifically on the wheel well. CBPO Duarte inspected the interior of the Malibu and noticed fresh paint on the trunk floor. CBPO Duarte utilized a K-910 Buster density meter on the trunk floor and received an abnormally high reading. Canine Enforcement Officer Prado conducted a search of the Malibu with her assigned Human and Narcotics Detection Dog "Shira" and "Shira" alerted to the Malibu. CBPO Crawford received a negative customs declaration from Huizar Rivera. Huizar Rivera was then referred to vehicle secondary for further inspection.

A further inspection of the Malibu's trunk floor revealed twenty (20) packages containing a white powdery substance. A narcotics identification field test performed on a sample of the powdery substance from one of the packages yielded positive for the characteristics of cocaine.

Twenty-seven (27) packages containing a white crystalline substance was also discovered in the Malibu's trunk floor. A narcotics identification field test performed on a sample from one of the packages yielded positive for the characteristics of methamphetamine.

The aggregate weight of the cocaine packages totaled 24.89 kilograms (54.86 pounds). The aggregate weight of the methamphetamine packages totaled 10.14 kilograms (22.36 pounds).

On May 11, 2022, at approximately 0913 hours, Homeland Security Investigations (HSI) Task Force Officers, advised Huizar Rivera of his *Miranda* Rights at which time Huizar Rivera verbally invoked his rights.

On May 11, 2022, at approximately 1245 hours while being transported to the San Luis Detention Center, Huizar Rivera, without being questioned, stated in the Spanish language that he knows he messed up and maybe later he can get a reduction on his sentencing time if he speaks with the case agent.

This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

Based on the foregoing, there is probable cause to believe that Huizar Rivera committed the offenses as alleged in the Complaint.

_____
Oscar Nogales
Task Force Officer
Homeland Security Investigations

Telephonically sworn on May 12, 2022, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge